UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

DAVID BOWERS,

        Plaintiff,

  v.                                      Case No. 09-C-172

WILLIAM POLLARD, et al.,

        Defendants,

---

**ORDER**

---

David Bowers has filed what is styled a "federal warrant affidavit" and "federal warrant" against a plethora of state officials. He states that this "criminal complaint" is brought for conspiracy and asks that a federal warrant issue for investigation. Although the filing has been lodged with this court, he has addressed the matter to Chief Judge Rudolph Randa and copied Chief Judge Barbara Crabb (W. D. Wis.)

Citizens do not have the power to institute criminal proceedings, and it is evident that this is not a proper civil complaint. Accordingly, it is ordered **DISMISSED**.

Dated this   23rd   day of February, 2009.

                                                      s/ William C. Griesbach
                                                      William C. Griesbach
                                                      United States District Judge